STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Erika F. Anderson
Anderson & Anderson
P. O. Box 1025
DeRidder LA 70634

**REHEARING ACTION: February 4, 2009**

**Docket Number: 08   00750-CA**

**TROY MORGAN
VERSUS
LOUISIANA DEPT.OF PUB. SAF.& CORR, ET AL.**

**Appealed from BEAUREGARD Parish Case No. C20050574**

**BEFORE JUDGES:**

> **Hon. John D. Saunders
> Hon. Billy Howard Ezell
> Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Troy Morgan** has this day been

> **GRANTED.**

> Briefing is ordered by the Court.  The following briefing schedule is established
> and **no extensions** will be granted:

> Appellant's brief is due on or before:  2/11/09
> Appellee's brief is due on or before:  2/18/09

> The case will be considered submitted to the Court on briefs February 26, 2009.

cc: George O. Luce, Counsel for the Appellee